IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02731-RTG

ABEL LUCAS LOPEZ,

Petitioner,

v.

TODD LYONS,
ROBERT HAGAN,
U.S. ATTORNEY GENERAL, and
JUAN BALTAZAR, Warden of the Aurora ICE Detention,

Respondents.

---

**ORDER DRAWING CASE**

---

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case be drawn to a presiding judge.

DATED June 26, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge